UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09433
   JOSE H IBARRA
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-3615

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/17/08 .

   2.  The case was dismissed without confirmation, 06/06/2008.

   3.  The Debtor paid a total of $  1280.00 .

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| SN SERVICING CORPORATION | SECURED | .00 | .00 | .00 |
| SN SERVICING CORPORATION | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CMI | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES BANK | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J ADAMS & ASSOC       , was allowed $       .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $  1280.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 09/11/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
              CASE NO. 08 B 09433 JOSE H IBARRA